# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

## McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Lizandro Monroy-Bocanegra** *PRINCIPAL*
YOB: 1998

United States

**CRIMINAL COMPLAINT**

Case Number:
M-19-1894-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 7, 2019** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Mercedes Consuelo Arizandieta-Escobar and Carlos Marino Escobar-Perez, both citizens and nationals of Guatemala, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move, or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** FELONY
I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On August 7, 2019, Rio Grande City Border Patrol Agents assisted Roma Police Department on a traffic stop that possibly involved the transporting of illegal aliens. Roma Police Officers stated they received a call from a concerned citizen who informed them that a white Ford had picked up several suspected illegal aliens at the dead end of Olvera Street in Roma, Texas. The Officer stated that he responded to the area and saw a white Ford matching the description leaving the area the concerned citizen had provided. The Officer stated he followed the vehicle when suddenly the driver drastically drove into the parking lot of the gasoline station to avoid the traffic light and sped off at a high rate of speed.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Approved AUSA LAURA GARCIA

Signature of Complainant

Jorge A. Coria      Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 9, 2019 — 4:13 p.m.
Date

at   McAllen, Texas
City and State

Juan F. Alanis      , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-19- 1894 -M

**RE:** Lizandro Monroy-Bocanegra

**CONTINUATION:**

The Officer informed the agents that he activated his emergency lights to conduct a traffic stop for a traffic violation but the driver exited the vehicle and fled on foot while the vehicle was still in motion. Subsequently, several subjects followed and ran from the vehicle. The officer stated that they were able to secure the vehicle and encountered four subjects inside and that they were able to detain two others in the area. The Officer suspected that the passengers were illegally present in the United States and proceeded to request the assistance of Border Patrol.

Border Patrol Agents arrived to the scene to perform an immigration inspection, after a brief interview, they determined the subjects did not possess any documents that would allow them to remain legally in the United States.

Roma Police Officer continued to conduct an extensive search of the area in the attempt to locate the driver of the vehicle. The Officer stated that Roma Police dispatch received a call from another concerned citizen that a subject wearing a white shirt and khaki shorts was asking people for assistance. Officers responded to the area since the description provided matched the description of the subject that had eluded arrest earlier. Officers attempted to make contact with the subject, but immiediatelely led police officers in a foot pursuit. After a brief foot pursuit, the Officers apprehended the subject and handed the subject over to Border Patrol since he was possibly the driver of the white Ford.

**Principal Statement**
Lisandro Monroy-Bocanegra was read his miranda rights at the Rio Grande City Border Patrol station and agreed to provide a statement.

Monroy-Bocanegra stated he was doing his thing on the streets of his neighborhood and he got approached by the police. Monroy-Bocanegra advised he got scared and began running away from police until he got apprehended. Monroy-Bocanegra stated he did have anything else to say.

**Material Winess1**
Mercedes Consuelo Arizandieta-Escobar, a national of Guatemala, was advised of her Miranda Rights and agreed to provide a sworn statement.

Arizandieta-Escobar stated a friend made the smuggling arrangements for her to cross illegally into the United States. Arizandieta-Escobar stated she paid $4000 and 15,000 quetzal upfront.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-/894-M

**RE:** Lizandro Monroy-Bocanegra

**CONTINUATION:**

Arizandieta-Escobar stated that after the rafters crossed her into the United States they told her to get into a white enclosed vehicle that was going to be waiting for her along the road. Arizandieta-Escobar stated that as soon as the group reached the roadway an enclosed white truck was parked. Arizandieta-Escobar stated that the driver told them to get in and lay down on the back compartment. Arizandieta-Escobar advised that the vehicle drove off at a high rate of speed then suddenly slowed down, and before the driver exited the vehicle he told them to run.

Arizandieta-Escobar identified Monroy, through a photo lineup, as the person who was driving the white truck.

**Material Witness 2**
Carlos Marino Escobar-Perez, stated he was a national of Guatemala, he was advised of his Miranda Rights and agreed to provide a sworn statement.

Escobar-Perez stated that today he illegally crossed the river into the United States and that the subjects that were guiding the group told them to run to a white truck that would be waiting for them along the street. Escobar-Perez stated the group ran towards the only white vehicle in the area and the driver instructed them to get in and told them to lay in the back area. Escobar-Perez advised that the driver received a phone call and advised him that the police was already behind him. Escobar-Perez advised that the driver accelerated drastically then slowed down and before exiting the vehicle told them to run.

Escobar-Perez identified Monroy, through a photo lineup, as the driver of the white vehicle.